# Order

Michigan Supreme Court
Lansing, Michigan

June 30, 2009

Marilyn Kelly,
Chief Justice

137400(69)
137407(70)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

INSURANCE INSTITUTE OF MICHIGAN, HASTINGS
MUTUAL INSURANCE COMPANY, FARM BUREAU
GENERAL INSURANCE COMPANY, FRANKENMUTH
CASUALTY INSURANCE, WALTER STAFFORD, JR.,
and MICHAEL FLOHR,
      Plaintiffs-Appellees,

and

MICHIGAN INSURANCE COALITION and CITIZENS
INSURANCE COMPANY OF AMERICA,
      Intervening Plaintiffs-Appellees,

v

COMMISSIONER, FINANCIAL & INSURANCE SERVICES,
DEPARTMENT OF LABOR & ECONOMIC GROWTH,
      Defendant-Appellant.

SC: 137400
COA: 262385
Barry CC: 05-000156-CZ

_____

INSURANCE INSTITUTE OF MICHIGAN, HASTINGS
MUTUAL INSURANCE COMPANY, FARM BUREAU
GENERAL INSURANCE COMPANY, FRANKENMUTH
CASUALTY INSURANCE, WALTER STAFFORD, JR.,
and MICHAEL FLOHR,
      Plaintiffs-Appellants,

and

MICHIGAN INSURANCE COALITION and CITIZENS
INSURANCE COMPANY OF AMERICA,
      Intervening Plaintiffs-Appellants,

v

COMMISSIONER, FINANCIAL & INSURANCE SERVICES,
DEPARTMENT OF LABOR & ECONOMIC GROWTH,
      Defendant-Appellee.

SC: 137407
COA: 262385
Barry CC: 05-000156-CZ

_____

On order of the Chief Justice, the stipulated joint motion for extension of time for the filing of briefs is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2009



Clerk